FORM rul16ssc
REVISED 12/01/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:12–bk–19631–PS |
| LARRY BRENT AVERETT and KRISTI BINA AVERETT | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| BRIAN J. MULLEN | Adversary No.: 2:14–ap–00574–PS |
| *Plaintiff(s)* | |
| v. | |
| SIDELLA C. METCALF et al. | |
| *Defendant(s)* | |

# NOTICE OF SCHEDULING CONFERENCE AND ORDER RE: RULES OF PROCEDURE

Defendant having answered; IT IS HEREBY ORDERED:

1. Pursuant to Bankruptcy Rule 7016, the parties are to appear at a Scheduling Conference not to exceed 15 minutes at the U.S. Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Paul Sala on 9/30/14 at 11:00 AM .
2. Except as modified or limited by this Order, Federal Rules of Civil Procedure 26 through 37 (as amended 2009), made applicable to this proceeding by Rules of Bankruptcy Procedure 7026 through 7037, shall apply to all discovery in this proceeding.
3. The parties shall hold their initial meeting pursuant to Rule 26(f) no later than 21 days prior to the Scheduling Conference ordered hereby. At the parties' discretion and where appropriate, this meeting may be held telephonically.
4. The parties shall make the initial disclosures required by Rule 26(a) not later than 14 days following the Rule 26(f) meeting held pursuant to paragraph 3 of this Order.
5. At the Scheduling Conference, and after consultation with the parties and considering the nature of the claims to be resolved, the Court will decide whether further compliance with Federal Rules of Civil Procedure 26(a), (d), (e) (1), and (g) (1) is necessary or appropriate in this proceeding. If further compliance is excused, limited or conditioned, the Court will enter such further scheduling orders at the Scheduling Conference as may be appropriate in the circumstances.
6. It is the Court's intention to set this proceeding for trial at the time of the Scheduling Conference. Counsel are to have access to such information as they deem necessary to advise the Court of the reasonableness and convenience of the trial date set. Motions for a continuance of the trial date based upon information available to counsel at the time of the Scheduling Conference will be disfavored.

**Date:** August 20, 2014               BY THE COURT

**Address of the Bankruptcy Clerk's Office:**        HONORABLE Paul Sala
U.S. Bankruptcy Court, Arizona                United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000

www.azb.uscourts.gov