Adam B. Nach – 013622
Joel F. Newell – 025296
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: joel.newell@lane-nach.com

Attorneys for Brian J. Mullen, Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| LARRY BRENT AVERETT and KRISTI BINA AVERETT fka KRISTI JENSEN, | No. 2:12-bk-19631-PS |
| | Adversary No. 2:14-ap-00574-PS |
| Debtors. | **STIPULATED SCHEDULING ORDER REGARDING DEFENDANT SIDELLA C. METCALF** |
| BRIAN J. MULLEN, TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| SIDELLA C. METCALF and JOHN DOE METCALF, | |
| Defendants. | |

Brian J. Mullen, Chapter 7 Trustee and Plaintiff, and Sidella C. Metcalf, Defendant, (collectively referred to as the "Parties"), by and through their respective counsels, having conferred pursuant to Rule 26(f), Federal Rules of Civil Procedure, incorporated into this bankruptcy adversary pursuant to Rule 7026, Federal Rules of Bankruptcy Procedure. Pursuant to the Parties' agreement and stipulation, the Court enters the following Stipulated Scheduling Order with respect to discovery and pre-trial procedures in the above captioned matter:

A. On or before **September 23, 2014**, the Parties shall exchange the information required by Rule 26(a)(1), Federal Rules of Civil Procedure, incorporated into bankruptcy proceedings pursuant to Rule 7026, Federal Rules of Bankruptcy Procedure;

B. On or before **September 23, 2014**, the Parties shall exchange those documents referred to in the initial disclosure statements;

C. On or before **March 24, 2015**, the Parties shall complete all discovery;

D. The deadline for filing dispositive motions is **April 24, 2015**;

E. The Parties shall file a joint pretrial statement on or before **May 26, 2015**, unless dispositive motions are still pending, in which case the Joint Pretrial Statement shall be due fifteen (15) days after all of the dispositive motions have been resolved;

F. The pre-trial conference shall be held on June 2, 2015, at 10:00 a.m.

G. The F.R.B.P. Rule 7016 Scheduling Conference scheduled for September 30, 2014 at 11:00 a.m. is vacated.

**SIGNED AND DATED ABOVE**

**AGREED TO BY**

| **LANE & NACH, P.C.** | **THE DENNY LAW GROUP, PLLC** |
|---|---|
| By  /s/ JFN-25296 | By  /s/ *Mike Denny*  - SBN 027842 |
| Adam B. Nach | Mike Denny |
| Joel F. Newell | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |